David Seror
21650 Oxnard Street, Ste 500
Woodland Hills, CA  91367
(818) 827-9000
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re: COMMUNITY HARVEST CHARTER SCHOOLS    §   Case No. 1:12-bk-18006-MT
                                                             §
                                                             §
Debtor(s)                                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    David Seror, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $72,570.67 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $44,396.78 | Claims Discharged Without Payment: $402,482.74 |
| Total Expenses of Administration: $34,882.43 | |

    3)  Total gross receipts of $ 79,279.21 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $79,279.21 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,141.42 | 45,141.42 | 34,882.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 446,879.52 | 446,879.52 | 44,396.78 |
| **TOTAL DISBURSEMENTS** | $0.00 | $492,020.94 | $492,020.94 | $79,279.21 |

4) This case was originally filed under Chapter 7 on September 06, 2012. The case was pending for 40 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2016          By: /s/David Seror
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT BROADWAY FEDERAL BANK 4800 WILS | 1129-000 | 28,902.31 |
| STUDENT ACTIVITIES ACCOUNT (STUDENT FUNDS) BROAD | 1129-000 | 3,373.02 |
| SCHOOL NUTRITION PROGRAM FUNDS | 1129-000 | 38,194.03 |
| CUSTOMER REFUNDS | 1229-000 | 103.48 |
| 2011-2012 WORKERS' COMP AUDIT - REFUND | 1229-000 | 8,428.67 |
| REFUND FROM ATTORNEY CLIENT TRUST ACCOUNT | 1221-000 | 277.70 |
| **TOTAL GROSS RECEIPTS** | | **$79,279.21** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David Seror | 2100-000 | N/A | 7,213.96 | 7,213.96 | 7,213.96 |
| David Seror | 2200-000 | N/A | 140.92 | 140.92 | 140.92 |
| Diane C. Weil | 3110-000 | N/A | 10,000.50 | 10,000.50 | 0.00 |
| Diane C. Weil | 3120-000 | N/A | 258.49 | 258.49 | 0.00 |
| MENCHACA & COMPANY LLP | 3310-000 | N/A | 14,455.00 | 14,455.00 | 14,455.00 |
| MENCHACA & COMPANY | 3320-000 | N/A | 154.02 | 154.02 | 154.02 |
| Rabobank, N.A. | 2600-000 | N/A | 64.11 | 64.11 | 64.11 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 146.00 | 146.00 | 146.00 |
| Rabobank, N.A. | 2600-000 | N/A | 111.53 | 111.53 | 111.53 |
| Rabobank, N.A. | 2600-000 | N/A | 94.33 | 94.33 | 94.33 |
| Rabobank, N.A. | 2600-000 | N/A | 97.54 | 97.54 | 97.54 |
| Rabobank, N.A. | 2600-000 | N/A | 107.48 | 107.48 | 107.48 |
| Rabobank, N.A. | 2600-000 | N/A | 103.96 | 103.96 | 103.96 |
| Rabobank, N.A. | 2600-000 | N/A | 93.76 | 93.76 | 93.76 |
| Rabobank, N.A. | 2600-000 | N/A | 122.08 | 122.08 | 122.08 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.13 | 6.13 | 6.13 |
| Rabobank, N.A. | 2600-000 | N/A | 112.27 | 112.27 | 112.27 |
| Rabobank, N.A. | 2600-000 | N/A | 108.37 | 108.37 | 108.37 |
| Rabobank, N.A. | 2600-000 | N/A | 123.15 | 123.15 | 123.15 |
| Rabobank, N.A. | 2600-000 | N/A | 104.32 | 104.32 | 104.32 |
| Rabobank, N.A. | 2600-000 | N/A | 122.79 | 122.79 | 122.79 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 118.83 | 118.83 | 118.83 |
| Rabobank, N.A. | 2600-000 | N/A | 115.16 | 115.16 | 115.16 |
| Rabobank, N.A. | 2600-000 | N/A | 103.73 | 103.73 | 103.73 |
| Rabobank, N.A. | 2600-000 | N/A | 107.36 | 107.36 | 107.36 |
| Rabobank, N.A. | 2600-000 | N/A | 118.63 | 118.63 | 118.63 |
| Rabobank, N.A. | 2600-000 | N/A | 111.03 | 111.03 | 111.03 |
| Rabobank, N.A. | 2600-000 | N/A | 107.18 | 107.18 | 107.18 |
| Rabobank, N.A. | 2600-000 | N/A | 121.80 | 121.80 | 121.80 |
| Rabobank, N.A. | 2600-000 | N/A | 106.86 | 106.86 | 106.86 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 117.75 | 117.75 | 117.75 |
| Rabobank, N.A. | 2600-000 | N/A | 113.89 | 113.89 | 113.89 |
| Rabobank, N.A. | 2600-000 | N/A | 99.05 | 99.05 | 99.05 |
| Rabobank, N.A. | 2600-000 | N/A | 124.57 | 124.57 | 124.57 |
| Rabobank, N.A. | 2600-000 | N/A | 109.74 | 109.74 | 109.74 |
| Rabobank, N.A. | 2600-000 | N/A | 102.27 | 102.27 | 102.27 |
| INTERNATIONAL SURETIES LTD | 2300-000 | N/A | 62.65 | 62.65 | 62.65 |
| Rabobank, N.A. | 2600-000 | N/A | 116.67 | 116.67 | 116.67 |
| Rabobank, N.A. | 2600-000 | N/A | 109.17 | 109.17 | 109.17 |
| Rabobank, N.A. | 2600-000 | N/A | 105.38 | 105.38 | 105.38 |
| Diane C. Weil | 3110-000 | N/A | 9,070.50 | 9,070.50 | 9,070.50 |
| Diane C. Weil | 3120-000 | N/A | 258.49 | 258.49 | 258.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $45,141.42 | $45,141.42 | $34,882.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ROCHELLE CHATMAN | 7100-000 | N/A | 3,420.00 | 3,420.00 | 340.30 |
| 2 | School Outfitters | 7100-000 | N/A | 2,224.08 | 2,224.08 | 221.29 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | ATLANTIC EXPRESS OF LA INC | 7100-000 | N/A | 121,932.68 | 121,932.68 | 12,132.21 |
| 4 | HERFF JONES INC | 7100-000 | N/A | 1,289.88 | 1,289.88 | 128.34 |
| 5 | Unified Nutrimeals | 7100-000 | N/A | 80,356.04 | 80,356.04 | 7,995.37 |
| 6 | Elton J. Hawkins Enterprises | 7100-000 | N/A | 9,353.50 | 9,353.50 | 930.67 |
| 7 | Employment Development Department | 7100-000 | N/A | 15,203.14 | 15,203.14 | 1,512.70 |
| 7A | Employment Development Department | 7300-000 | N/A | 677.36 | 677.36 | 0.00 |
| 8 | Sunshine Speech Services | 7100-000 | N/A | 1,550.00 | 1,550.00 | 154.22 |
| 9 | Securitech Security Services | 7100-000 | N/A | 4,975.00 | 4,975.00 | 495.01 |
| 10 | PROFICIENT TELECOM | 7100-000 | N/A | 2,694.00 | 2,694.00 | 268.05 |
| 11 | YOUNG MINNEY AND CORR LLP | 7100-000 | N/A | 17,726.08 | 17,726.08 | 1,763.73 |
| 12 | Vivanna Trujillo | 7100-000 | N/A | 69,460.81 | 69,460.81 | 6,911.30 |
| 13 | Premier Educational Staffing LLC | 7100-000 | N/A | 11,166.95 | 11,166.95 | 1,111.10 |
| 14 | Sutherland Consulting Group | 7100-000 | N/A | 7,200.00 | 7,200.00 | 716.39 |
| 15 | Claudia Santana | 7100-000 | N/A | 1,050.00 | 1,050.00 | 104.47 |
| 16 | 5300 Sepulveda Investors LLC | 7100-000 | N/A | 96,600.00 | 96,600.00 | 9,611.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $446,879.52 | $446,879.52 | $44,396.78 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:12-bk-18006-MT  **Trustee:** (008930) David Seror
**Case Name:** COMMUNITY HARVEST CHARTER SCHOOLS  **Filed (f) or Converted (c):** 09/06/12 (f)
 **§341(a) Meeting Date:** 10/09/12
**Period Ending:** 01/06/16  **Claims Bar Date:** 04/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT BROADWAY FEDERAL BANK 4800 WILS | 14,578.45 | 14,578.45 | | 28,902.31 | FA |
| 2 | STUDENT ACTIVITIES ACCOUNT (STUDENT FUNDS) BROAD | 3,373.02 | 3,373.02 | | 3,373.02 | FA |
| 3 | SECURITY DEPOSIT, LANDLORD, 5300 SEPULVEDA INVE | 69,000.00 | 69,000.00 | | 0.00 | FA |
| 4 | FOLLETT EDUCATION SERVICES CREDIT VOUCHERS | 3,570.67 | 3,570.67 | | 0.00 | FA |
| 5 | SCHOOL NUTRITION PROGRAM FUNDS | 38,194.03 | 38,194.03 | | 38,194.03 | FA |
| 6 | CUSTOMER REFUNDS (u) | 0.00 | Unknown | | 103.48 | FA |
| 7 | POTENTIAL PREFERENCE ACTION | Unknown | Unknown | | 0.00 | FA |
| 8 | 2011-2012 WORKERS' COMP AUDIT - REFUND (u) | 0.00 | 0.00 | | 8,428.67 | FA |
| 9 | REFUND FROM ATTORNEY CLIENT TRUST ACCOUNT (u) | 0.00 | 0.00 | | 277.70 | FA |
| 9 | **Assets   Totals** (Excluding unknown values) | **$128,716.17** | **$128,716.17** | | **$79,279.21** | **$0.00** |

**Major Activities Affecting Case Closing:**

CURRENT PERIOD ENDING 12/31/15: Tax returns should be filed around the first week of February 2015. Annotated claims regsiter scanned 1/27/15. Tax returns for years ending June 30, 2012 - December 31, 2014 filed 3/4/15. Notice to professionals and notice for court costs filed 3/6/15.  Court costs - 0-  On April 1, 2015 - Application for compensation filed by Menchaca for $14,455 in fees and 154.02 in costs. 6/4/15 - Application for compensation filed by attorneys for the trustee for $10,000.50 in fees and $258.49 in costs.  Waiting on tax clearance letter (6/9/15).  TFR and NFR submitted to the UST (6/9/15).  TFR hearing set 8/26/15.  Objection to Application for Compensation of Diane Weil, Counsel for Trustee filed by UST on 7/28/15 [Doc. 53].  On August 20, 2015 Diane Weil, Trustee's attorney, filed a response to the fee objection filed by the UST.  On August 26, 2015 the TFR was heard. The Court approved all fees and expenses with the exception of $930.00 requested by D. Weil for anticipated fees associated with the appearance at the TFR hearing.  Order approving TFR entered 9/3/15.  Dividend checks cut and mailed 9/4/15.  Check to creditor, Claudia Santana did not clear.  Ms. Santana was contacted and confirmed receipt of the check but has not deposited it.  She was given 10 days in which to do so.  Motion 3011 was filed turning over funds unclaimed by Claudia Santana to the bankruptcy court.  On 1/5/16 the check to the court cleared.  Proceed with TDR.

CURRENT PERIOD ENDING 12/31/14: Accountant sent letter to Sandro Lanni requesting copies of financial statements etc on 2/7/14. Diane to work on claims issues 9/23/14. Objections to claims #1, 8 & 14 filed by DCW 10/17/14. Hearing set for 11/19/14 @ 11am. Claim #5 amended 10/17/14. Amended Motion re objections to claims #1, #8 & #14 filed 11/12/14, new hearing set for 12/17/14 @ 11am. Objections sustained, all three claims are unsecured non priority. Claims to DS 12/30/14. Accountants need to prepare final tax returns. Form 1&2 sent 1/8/15. Order granting Motion to Trustee's Objection to claims #1, 8 & 14 entered 1/9/15. Claims review done, waiting for tax returns to be filed. Once tax returns are complete, file NTP. Tax returns should be filed around the first week of February 2015. Annotated claims regsiter scanned 1/27/15. ETFR date of 9/30/14 was missed as claims objections had not been completed ETFR date is 6/30/15.

Printed: 01/06/2016 03:14 PM    V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:12-bk-18006-MT  **Trustee:** (008930) David Seror
**Case Name:** COMMUNITY HARVEST CHARTER SCHOOLS  **Filed (f) or Converted (c):** 09/06/12 (f)
**§341(a) Meeting Date:** 10/09/12
**Period Ending:** 01/06/16  **Claims Bar Date:** 04/16/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

CURRENT PERIOD ENDING 12/31/13: Received email from Ceridian who processed W2's and 1099's for School at the end on 2012. Per DS, they should file a claim (will be late filed). Menchaca & Company to file application to employ as accountants, employed per Order Entered 6/20/13. Application to employ Diane C. Weil filed 7/19/13, approved 8/7/13. Sent email to debtor requesting information from the accountant 10/4/13. Accountants to do preference analysis. It is unlikely that we will file the TFR by 3/30/14 as all assets have yet to be administered. The Trustee estimates that the TFR will be filed by 9/30/14.

CURRENT PERIOD ENDING 12/31/12:  This case was commenced as a voluntary Chapter 7 filed on 9/6/12.  The initial 341(a) meeting was conducted on 10/9/12 and was continued until an asset report was filed on 1/14/13. Investigating possible preference payments to debtors principle. Ongoing efforts to acquire security deposit.

PROFESSIONALS:
   General Counsel: Application to employ Diane C. Weil filed 7/19/13, Order Entered 8/7/13.
    Accountants: Menchaca & Company appplication to empoy filed 6/4/13. Order Entered 6/20/13.

ACCOUNTS:
   General and Money Market were opened on 11/2/12.

CLAIMS:
   Proof of claims bar date is set for 4/16/13.

TAXES:
    Accountants have been employed and are currently working on filing final tax returns.   Tax returns for years ending June 30, 2012 - December 31, 2014 filed 3/4/15.

Last Revised: 1/6/16 by MTZ

INITIAL ESTIMATED TFR DATE: 3/30/14

NEW ESTIMATED TFR DATE: 6/30/15

**Initial Projected Date Of Final Report (TFR):**     March 30, 2014            **Current Projected Date Of Final Report (TFR):**     June 30, 2015

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-bk-18006-MT  
**Case Name:** COMMUNITY HARVEST CHARTER SCHOOLS  
**Taxpayer ID #:** **-***3226  
**Period Ending:** 01/06/16

**Trustee:** David Seror (008930)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7365 - SCHOOL ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/12 | {1} | BROADWAY FEDERAL BANK C/C | SCHOOL ACCOUNT FUNDS | 1129-000 | 28,902.31 | | 28,902.31 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 28,902.31 | | 57,804.62 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER OUT | MIGRATION TRANSFER | 9999-000 | | 28,902.31 | 28,902.31 |
| 07/01/13 | {8} | CALIFORNIA CHARTER SCHOOLS JOINT POWERS AUTHORITY | 2011-2012 WORKERS' COMP AUDIT REFUND | 1229-000 | 8,428.67 | | 37,330.98 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.37 | 37,222.61 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.32 | 37,118.29 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.16 | 37,003.13 |
| 03/20/14 | {9} | DAVIS & LEONARD LLP | REFUND FROM ATTORNEY CLIENT TRUST ACCOUNT | 1221-000 | 277.70 | | 37,280.83 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.36 | 37,173.47 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.63 | 37,054.84 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.03 | 36,943.81 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.18 | 36,836.63 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.86 | 36,729.77 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.89 | 36,615.88 |
| 12/30/14 | | From Account #******7366 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | 97.35 | | 36,713.23 |
| 12/30/14 | | From Account #******7465 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | 3,108.19 | | 39,821.42 |
| 12/30/14 | | From Account #******7466 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | 36,598.70 | | 76,420.12 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.57 | 76,295.55 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.74 | 76,185.81 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.27 | 76,083.54 |
| 03/05/15 | 10101 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/05/2015 FOR CASE #12-18006, BLANKET BOND #016030867 (1-4-15 TO 1-4-16) | 2300-000 | | 62.65 | 76,020.89 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.67 | 75,904.22 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.17 | 75,795.05 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.38 | 75,689.67 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.12 | 75,573.55 |
| 07/16/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -116.12 | 75,689.67 |
| 09/04/15 | 10102 | David Seror | Dividend on 100% of fee requested per Order entered 9/2/15 [Doc. 58] | 2100-000 | | 7,213.96 | 68,475.71 |
| 09/04/15 | 10103 | David Seror | Dividend on 100% of trustee expenses per | 2200-000 | | 140.92 | 68,334.79 |

Subtotals : $106,315.23 $37,980.44

{} Asset reference(s)    Printed: 01/06/2016 03:14 PM    V.13.25

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-bk-18006-MT  
**Case Name:** COMMUNITY HARVEST CHARTER SCHOOLS  
**Taxpayer ID #:** **-***3226  
**Period Ending:** 01/06/16

**Trustee:** David Seror (008930)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7365 - SCHOOL ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Order entered 9/2/15 [Doc. 58] | | | | |
| 09/04/15 | 10104 | Diane C. Weil | DIVIDEND ON ATTY FEE - REQUESTED AMOUNT $10,000.50 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 3110-000 | | 9,070.50 | 59,264.29 |
| 09/04/15 | 10105 | Diane C. Weil | DIVIDEND ON ATTY EXPENSES - PER ORDER ENTERED 9/2/15 [DOC. 58] | 3120-000 | | 258.49 | 59,005.80 |
| 09/04/15 | 10106 | MENCHACA & COMPANY LLP | DIVIDEND ON ACCOUNTANT FEES PER ORDER ENTERED 9/2/15 [DOC. 58]. | 3310-000 | | 14,455.00 | 44,550.80 |
| 09/04/15 | 10107 | MENCHACA & COMPANY | DIVIDEND ON ACCOUNTANT EXPENSES - PER ORDER ENTERED 9/2/15 [DOC. 58] | 3320-000 | | 154.02 | 44,396.78 |
| 09/04/15 | 10108 | ROCHELLE CHATMAN | DIVIDEND ON CLAIM NO. 1 - AMOUNT REQUESTED $3420 - PER ORDER DATED 9/2/15 [DOC. 58] | 7100-000 | | 340.30 | 44,056.48 |
| 09/04/15 | 10109 | School Outfitters | DIVIDEND ON CLAIM NO. 1 - ORIGINAL AMOUNT REQUESTED $2224.08 - PER ORDER DATED 9/2/15 [DOC. 58] | 7100-000 | | 221.29 | 43,835.19 |
| 09/04/15 | 10110 | ATLANTIC EXPRESS OF LA INC | DIVIDEND ON CLAIM NO. 3 - ORIGINAL AMOUNT $121,932.68 - PER ORDER DATED 9/2/15 [DOC. 58] | 7100-000 | | 12,132.21 | 31,702.98 |
| 09/04/15 | 10111 | HERFF JONES INC | DIVIDEND ON CLAIM NO. 4 - ORIGINAL AMOUNT $1289.88 - PER ORDER DATED 9/2/15 [DOC. 58] | 7100-000 | | 128.34 | 31,574.64 |
| 09/04/15 | 10112 | Unified Nutrimeals | DIVIDEND ON CLAIM NO. 5 - ORIGINAL AMOUNT $80,356.04 - PER ORDER DATED 9/2/15 [DOC. 58] | 7100-000 | | 7,995.37 | 23,579.27 |
| 09/04/15 | 10113 | Elton J. Hawkins Enterprises | DIVIDEND ON CLAIM NO. 6 - ORIGINAL AMOUNT $9353.50 - PER ORDER ENTERED 9/2/15 [ DOC. 58] | 7100-000 | | 930.67 | 22,648.60 |
| 09/04/15 | 10114 | Employment Development Department | DIVIDEND ON CLAIM NO. 7 - ORIGINAL AMOUNT $15,880.50 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 1,512.70 | 21,135.90 |
| 09/04/15 | 10115 | Sunshine Speech Services | DIVIDEND ON CLAIM NO. 8 - ORIGINAL AMOUNT $1550 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 154.22 | 20,981.68 |
| 09/04/15 | 10116 | Securitech Security Services | DIVIDEND ON CLAIM NO. 9 - ORIGINAL AMOUNT $4975 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 495.01 | 20,486.67 |
| 09/04/15 | 10117 | PROFICIENT TELECOM | DIVIDEND ON CLAIM NO. 10 - ORIGINAL AMOUNT $2694 - PER ORDER ENTERED | 7100-000 | | 268.05 | 20,218.62 |

Subtotals :    $0.00    $48,116.17

{} Asset reference(s)    Printed: 01/06/2016 03:14 PM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-bk-18006-MT  
**Case Name:** COMMUNITY HARVEST CHARTER SCHOOLS  

**Trustee:** David Seror (008930)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7365 - SCHOOL ACCOUNT  

**Taxpayer ID #:** **-***3226  
**Period Ending:** 01/06/16  

**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 9/2/15 [DOC. 58] | | | | |
| 09/04/15 | 10118 | YOUNG MINNEY AND CORR LLP | DIVIDEND ON CLAIM NO. 11 - ORIGINAL AMOUNT $17,726.08 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 1,763.73 | 18,454.89 |
| 09/04/15 | 10119 | Vivanna Trujillo | DIVIDEND ON CLAIM NO. 12 - ORIGINAL AMOUNT $69,460.81 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 6,911.30 | 11,543.59 |
| 09/04/15 | 10120 | Premier Educational Staffing LLC | DIVIDEND ON CLAIM NO. 13 - ORIGINAL AMOUNT $11,166.95 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 1,111.10 | 10,432.49 |
| 09/04/15 | 10121 | Sutherland Consulting Group | DIVIDEND ON CLAIM NO. 14 - ORIGINAL AMOUNT $7200 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 716.39 | 9,716.10 |
| 09/04/15 | 10122 | Claudia Santana | DIVIDEND ON CLAIM NO. 15 - ORIGINAL AMOUNT $1050 - PER ORDER ENTERED 9/2/15 [DOC. 58]<br>Stopped on 12/28/15 | 7100-000 | | 104.47 | 9,611.63 |
| 09/04/15 | 10123 | 5300 Sepulveda Investors LLC | DIVIDEND ON CLAIM NO. 16 - ORIGINAL AMOUNT $96,600 - PER ORDER ENTERED 9/2/15 [DOC. 58] | 7100-000 | | 9,611.63 | 0.00 |
| 12/09/15 | 10124 | UNITED STATES BANKRUPTCY COURT | BANKRUPTCY CASE NO. 1:12-18006 TURNOVER OF UNCLAIMED FUNDS PER BANKRUPTCY RULE 3011 | 7100-000 | | 104.47 | -104.47 |
| 12/28/15 | 10122 | Claudia Santana | DIVIDEND ON CLAIM NO. 15 - ORIGINAL AMOUNT $1050 - PER ORDER ENTERED 9/2/15 [DOC. 58]<br>Stopped: check issued on 09/04/15 | 7100-000 | | -104.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 106,315.23 | 106,315.23 | $0.00 |
| | | | Less: Bank Transfers | | 68,706.55 | 28,902.31 | |
| | | | **Subtotal** | | 37,608.68 | 77,412.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,608.68** | **$77,412.92** | |

{} Asset reference(s)

Printed: 01/06/2016 03:14 PM    V.13.25

Case 1:12-bk-18006-MT    Doc 61    Filed 01/12/16    Entered 01/12/16 16:29:56    Desc
Main Document    Page 12 of 15

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-bk-18006-MT  
**Case Name:** COMMUNITY HARVEST CHARTER SCHOOLS

**Taxpayer ID #:** **-***3226  
**Period Ending:** 01/06/16

**Trustee:** David Seror (008930)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7366 - CUSTOMER REFUND ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/02/12 | {6} | AT&T | CUSTOMER REFUNDS | 1229-000 | 14.54 | | 14.54 |
| 11/02/12 | {6} | AT&T | CUSTOMER REFUNDS | 1229-000 | 88.94 | | 103.48 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 103.48 | | 206.96 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER OUT | | 9999-000 | | 103.48 | 103.48 |
| 08/23/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/23/2013 FOR CASE #12-18006, BLANKET BOND INCREASE BOND #016030867 | 2300-000 | | 6.13 | 97.35 |
| 12/30/14 | | To Account #******7365 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | | 97.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 206.96 | 206.96 | $0.00 |
| | | | Less: Bank Transfers | | 103.48 | 200.83 | |
| | | | **Subtotal** | | 103.48 | 6.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$103.48** | **$6.13** | |

{} Asset reference(s)

Printed: 01/06/2016 03:14 PM    V.13.25

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 1:12-bk-18006-MT | | Trustee: | David Seror (008930) |
|---|---|---|---|---|
| Case Name: | COMMUNITY HARVEST CHARTER SCHOOLS | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7465 - STUDENT ACTIVITIES ACCT |
| Taxpayer ID #: | **-***3226 | | Blanket Bond: | N/A |
| Period Ending: | 01/06/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/02/12 | {2} | BROADWAY FEDERAL BANK C/C | STUDENT ACTIVITIES ACCOUT FUNDS | 1129-000 | 3,373.02 | | 3,373.02 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,373.02 | | 6,746.04 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER OUT | | 9999-000 | | 3,373.02 | 3,373.02 |
| 01/29/13 | 10101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/29/2013 FOR CASE #12-18006, BLANKET BOND RENEWAL 1/4/13 - 1/4/14 #016030867 | 2300-000 | | 146.00 | 3,227.02 |
| 01/30/14 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/30/2014 FOR CASE #12-18006, BOND #016030867 1/4/14 - 1/4/15 | 2300-000 | | 118.83 | 3,108.19 |
| 12/30/14 | | To Account #******7365 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | | 3,108.19 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,746.04 | 6,746.04 | $0.00 |
| | | | Less: Bank Transfers | | 3,373.02 | 6,481.21 | |
| | | | **Subtotal** | | 3,373.02 | 264.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,373.02** | **$264.83** | |

{} Asset reference(s)    Printed: 01/06/2016 03:14 PM    V.13.25

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 1:12-bk-18006-MT | | Trustee: | David Seror (008930) |
|---|---|---|---|---|
| Case Name: | COMMUNITY HARVEST CHARTER SCHOOLS | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******7466 - NUTRITION FUND ACCOUNT |
| Taxpayer ID #: | **-***3226 | | Blanket Bond: | N/A |
| Period Ending: | 01/06/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/02/12 | {5} | STATE OF CALIFORNIA | NUTRITION FUNDS | 1129-000 | 24,371.54 | | 24,371.54 |
| 11/02/12 | {5} | STATE OF CALIFORNIA | NUTRITION FUNDS | 1129-000 | 2,292.25 | | 26,663.79 |
| 11/02/12 | {5} | STATE OF CALIFORNIA | NUTRITION FUNDS | 1129-000 | 994.99 | | 27,658.78 |
| 11/02/12 | {5} | STATE OF CALIFORNIA | NUTRITION FUNDS | 1129-000 | 10,535.25 | | 38,194.03 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 38,194.03 | | 76,388.06 |
| 12/10/12 | | RABOBANK MIGRATION TRANSFER OUT | | 9999-000 | | 38,194.03 | 38,194.03 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.11 | 38,129.92 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.53 | 38,018.39 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.33 | 37,924.06 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.54 | 37,826.52 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.48 | 37,719.04 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.96 | 37,615.08 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.76 | 37,521.32 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.08 | 37,399.24 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.27 | 37,286.97 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 123.15 | 37,163.82 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.79 | 37,041.03 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.73 | 36,937.30 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.80 | 36,815.50 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.75 | 36,697.75 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.05 | 36,598.70 |
| 12/30/14 | | To Account #******7365 | TRANSFER FUNDS TO CLOSE ACCOUNT | 9999-000 | | 36,598.70 | 0.00 |
| | | | ACCOUNT TOTALS | | 76,388.06 | 76,388.06 | $0.00 |
| | | | Less: Bank Transfers | | 38,194.03 | 74,792.73 | |
| | | | **Subtotal** | | 38,194.03 | 1,595.33 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$38,194.03** | **$1,595.33** | |

{} Asset reference(s) 

Printed: 01/06/2016 03:14 PM    V.13.25

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

**Case Number:** 1:12-bk-18006-MT  
**Case Name:** COMMUNITY HARVEST CHARTER SCHOOLS  

**Trustee:** David Seror (008930)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - NUTRITION FUND ACCOUNT  

**Taxpayer ID #:** **-***3226  
**Period Ending:** 01/06/16  

**Blanket Bond:** N/A  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 79,279.21 | | | | |
| | | Net Estate : | $79,279.21 | | | | |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7365** | 37,608.68 | 77,412.92 | 0.00 |
| **Checking # ******7366** | 103.48 | 6.13 | 0.00 |
| **Checking # ******7465** | 3,373.02 | 264.83 | 0.00 |
| **Checking # ******7466** | 38,194.03 | 1,595.33 | 0.00 |
| | $79,279.21 | $79,279.21 | $0.00 |

{} Asset reference(s)

Printed: 01/06/2016 03:14 PM    V.13.25